ERIC J. TROUTMAN (State Bar No. 229263)
ejt@severson.com
DIVYA S. GUPTA (State Bar No. 284282)
dsg@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| RANASEE MALDONADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a South Dakota association,<br><br>Defendant. | Case No. 3:15-cv-02333-CRB<br>Hon. Charles R. Breyer<br>Courtroom 6 – 17th Floor<br><br>**CLASS ACTION**<br><br>**STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a); ORDER**<br><br>Action Filed:   May 26, 2015<br>Trial Date:      None Set |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Ranasee Maldonado ("Plaintiff") (collectively referred to as the "Parties"), through their respective counsel of record hereby agree and stipulate as follows:

WHEREAS, Plaintiff filed his class action Complaint in this matter on May 26, 2014 in the United States District Court for Northern District of California;

WHEREAS, subject to two stipulations enlarging time, Wells Fargo's time to file its responsive pleading was extended to July 14, 2015;

WHEREAS Wells Fargo filed a Motion for Transfer of Venue Pursuant to 28 U.S.C. § 1404(a) on July 2, 2015;

WHEREAS, Wells Fargo contends at least one forum identified in its Motion for Transfer of Venue, the United States District Court for the Southern District of California ("Southern District"), has superior connection to this case under the applicable private and public interest factors; and

WHEREAS, the parties agree that the Southern District is a viable and appropriate alternate venue;

NOW, THEREFORE, IT IS HEREBY STIPULATED:

1. This action shall be transferred to the United States District Court for the Southern District of California;

**IT IS SO STIPULATED.**

DATED:  July 16, 2015
SEVERSON & WERSON
A Professional Corporation

By: */s/ Eric J. Troutman*
Eric J. Troutman, Esq.

Attorneys for Defendant
WELLS FARGO BANK, N.A.

| | | |
|---|---|---|
| 1 | DATED: July 16, 2015 | AHDOOT & WOLFSON, PC |

By:    */s/ Robert Ahdoot*
              Robert Ahdoot, Esq.

Attorneys for Plaintiff
RANASEE MALDONADO

    Pursuant to Local Civil Rule 5-1(i)(3) regarding signatures, I, Eric J. Troutman, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By:    */s/ Eric J. Troutman*
              Eric J. Troutman, Esq.

1 | **ORDER**

2 | **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3 |     Pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the clerk to transfer this action, in its

4 | entirety, to the Southern District of California, for all further proceedings.

Signed: July 21, 2015

By: _____
Honorable Charles R. Bryer
United States District Court Judge