1

2

UNITED STATES DISTRICT COURT

3

SOUTHERN DISTRICT OF CALIFORNIA

4

RANASEE MALDONADO,
individually and on behalf of all

5

others similarly situated,

Plaintiff,

6

v.

7

WELLS FARGO BANK, N.A., a

8

South Dakota association,

Defendant.

9

Case No.:  15-cv-1646 BTM (JLB)

**ORDER GRANTING JOINT
MOTION FOR VOLUNTARY
DISMISSAL**

10

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

11

parties' joint motion for voluntary dismissal is **GRANTED**. Plaintiff's complaint in

12

this action is hereby dismissed, in its entirety, without prejudice.

13

**IT IS SO ORDERED**.

14

15

16

Dated:  September 8, 2015

Barry Ted Moskowitz, Chief Judge
United States District Court

17

18

19

20

1

15-cv-1646 BTM (JLB)